IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CARLOS CAREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv206-MHT |
| | ) | (WO) |
| SGT. RICHARDSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, brings suit against the defendant correctional officers and officials complaining of sexual harassment, threats, deliberate indifference to the harassment and threats, retaliation, and, possibly, violations of due process. This cause is now before the court on the recommendation of the magistrate judge that this case be dismissed for failure to prosecute the action. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the recommendation is due to be adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of July, 2015.

                                            /s/ Myron H. Thompson\_\_\_\_
                                    UNITED STATES DISTRICT JUDGE